JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LUIS A. ESCATEL,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>KIM HOLLAND, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-2394-CAS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: October 27, 2016

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
United States District Judge